HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JEFFRY HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-mj-00141 BAM-1 |
| Plaintiff, | STIPULATION MODIFYING PRIOR ORDER RE: DEFENDANTS APPEARANCE IN |
| vs. | NORTHERN DISTRICT OF CALIFORNIA; [~~PROPOSED~~] ORDER |
| JEFFRY HILL, | |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

On November 2, 2016 Mr. Hill appeared in this court. He was ordered to appear in the Northern District of California on November 16, 2016 at 9:30 a.m. in San Francisco before Judge Laurel Beeler.

On November 8, 2016 the parties were notified by Assistant United States Attorney Benjamin Kingsley, the prosecutor in this case, that the duty Magistrate would not be available in San Francisco on that date. He requested that Mr. Hill appear before Judge Donna Ryu, on November 16, 2016 at 9:30 a.m. at the United States Courthouse, 1301 Clay Street, Oakland, California 94612, on the 3rd floor.

The parties, by their respective counsel, Assistant United States Attorney, Grant B. Rabenn, for the United States and Assistant Federal Defender, Victor M. Chavez, for Mr. Hill, hereby request that the Court modify its previous order as requested by the Assistant United States Attorney Benjamin Kingsley from the Northern District of California.

1                                   Respectfully submitted,

3                                   PHILLIP A. TALBERT
                                    Acting United States Attorney

5 Dated: November 8, 2016         */s/ Grant B. Rabenn*
                                    GRANT B. RABENN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

8                                   HEATHER E. WILLIAMS
                                  Federal Defender

11 Dated: November 8, 2016        */s/ Victor M. Chavez*
                                    VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JEFFRY HILL

**O R D E R**

**IT IS SO ORDERED** that defendant Jeffry Hill is to appear before Judge Donna Ryu, on November 16, 2016 at 9:30 a.m. at the United States Courthouse, 1301 Clay Street, Oakland, California 94612, on the 3rd floor.

IT IS SO ORDERED.

Dated: **November 9, 2016**             /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE